AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

United States of America
v.

CATALINA RIVERA CANTE,
*Defendant(s)*

Case No. 22-6081-SNOW

FILED BY _____ D.C.

FEB 2 4 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of January 5-January 30, 2022 in the county of Broward in the Southern District of Florida, and elsewhere, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute Cocaine |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Task Force Officer Joseph Krissel, DEA
*Printed name and title*

Attested to by the Applicant in accordance with Fed.R.Crim.P. 4.1 by Telephone.

Date: 2/24/22

*Judge's signature*

City and state: Fort Lauderdale, Florida

Hon. Lurana S. Snow, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Joseph Krissel, having been first duly sworn, do hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Task Force Officer for the Drug Enforcement Administration ("DEA") and have been assigned to the Miami Field Division since October 2017. I have received specialized training in the means and methods used by narcotics traffickers to import and distribute narcotics, drug smuggling methods, and the concealment and laundering of proceeds from illicit drug trafficking activities. I have personally conducted and participated in investigations concerning the possession, manufacture, distribution, and importation of controlled substances, as well as methods used to finance drug transactions and launder drug proceeds. During the course of these investigations, I have participated in search warrant executions and have debriefed or participated in debriefings of defendants, informants, and witnesses who had personal knowledge regarding major narcotics trafficking organizations. The aforementioned investigations resulted in the arrest and prosecution of individuals for narcotics violations and other violations under Titles 18 and 21 of the United States Code. Based upon my training and experience, I am familiar with the manner in which narcotics-trafficking organizations operate, including the manner in which various types of illegal drugs are cultivated, manufactured, smuggled, distributed, or diverted, as well as methods used to finance drug transactions and launder drug proceeds.

2. I also serve as a Detective with the Margate Police Department ("MPD"). Prior to becoming a DEA Task Force Officer, I was assigned to the MPD Special Enforcement Team from January 2015 to October 2017 and to the MPD Road Patrol Division from October 2012 to January 2015.

3. I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Title 18, United States Code, Section 2516(1).

4. I make this Affidavit in support of a criminal complaint charging **Catalina Rivera CANTE** with violating Title 21, United States Code, Section 841(a)(1) (possession with intent to distribute a controlled substance) from on or about January 5, 2022, through January 30, 2022 in Broward County in the Southern District of Florida.

5. This Affidavit is based upon my personal knowledge, as well as information provided to me by other law enforcement personnel and other sources of information. Because this Affidavit is being submitted for the limited purpose of securing a warrant, I have not included every fact known to me or other law enforcement personnel concerning this investigation but have set forth only those facts necessary to establish probable cause.

## PROBABLE CAUSE

### INTRODUCTION OF AN UNDERCOVER DEA TASK FORCE OFFICER TO CANTE

6. Beginning December 14, 2021, a Margate Police Department Confidential Source ("CS") purchased gram quantities of cocaine from CANTE under the direction and surveillance of law enforcement. The CS purchased additional gram quantities of cocaine from CANTE on December 16, 2021, and December 21, 2021. During these transactions, a DEA undercover ("UC") Task Force Officer ("TFO") was introduced to CANTE in order to facilitate future narcotics transactions without the CS being present. All of the aforementioned transactions were audio and video recorded, and were initiated by controlled calls placed by the CS to CANTE at phone number (469) 324-6519.

7.   On or about January 4, 2022, CANTE provided the CS with telephone number (754) 551-1882, to provide to the DEA UC, in order to complete future narcotics transactions.

## JANUARY 5, 2022 SALE OF
## APPROXIMATELY 19 GRAMS OF COCAINE FOR $600.00

8.   On or about January 5, 2022, the UC paid $600 to CANTE, at 1200 North State Road 7, Margate, Broward County, Florida, to purchase approximately nineteen (19) grams, of a substance that later field-tested positive for cocaine. Prior to the transaction, the UC made a number of consensually recorded telephone calls and text messages with CANTE, who was using phone number (754) 551-1882, to arrange the transaction.

9.   At approximately 3:00 P.M., CANTE was observed by law enforcement arriving to the previously agreed upon meeting location in a white Chevrolet Silverado bearing Florida tag GNXJ28. CANTE entered the passenger seat of the UC's vehicle. Inside of the UC's vehicle, CANTE exchanged a white powdery substance to the UC in exchange for the payment of $600. CANTE and the UC carried on casual conversation before CANTE exited the UC's vehicle and departed the area. The meeting was audio/video recorded. The white powdery substance was later field-tested at the Margate Police Department, and the result of the field-test was that the white powdery substance contained cocaine. The white powdery substance was also submitted to the Broward Sheriff's Office Laboratory for confirmation, but your affiant has not yet received the results.

## JANUARY 19, 2022 SALE OF
## APPROXIMATELY 34 GRAMS OF SUSPECT COCAINE FOR $1,200.00

10.   On or about January 19, 2022 the same UC paid $1,200 to CANTE, at 1200 North State Road 7, Margate, Broward County, Florida, to purchase approximately thirty-four (34) grams, of a substance that later field-tested positive for cocaine. Prior to the transaction, a number

of consensually recorded telephone calls and text messages were conducted between the UC and CANTE to arrange the transaction. The UC was able to make these consensual recordings by contacting (754) 551-1882 to speak to CANTE.

11.     At approximately 2:56 P.M., the UC arrived to the previously agreed upon meeting location. CANTE had previously arrived in a vehicle, unbeknownst to investigators. CANTE entered the passenger seat of the UC's vehicle. Inside of the UC's vehicle, CANTE exchanged a white powdery substance that CANTE represented was cocaine in exchange for the payment of $1,200. CANTE and the UC discussed a trip CANTE planned to take to Orlando. CANTE exited the UC's vehicle and departed the area. The meeting was audio/video recorded. The white powdery substance would later field test positive at the Margate Police Department, which indicated the substance contained cocaine. The substance was also submitted to the Broward Sheriff's Office Laboratory for confirmation, but your Affiant has not yet received the results.

12.     After departing the meeting, CANTE made telephonic contact with the UC to advise the UC that she would be traveling to Orlando to get more "material." Investigators interpreted CANTE's statement to mean that she was going to Orlando to purchase more cocaine for resale.

## JANUARY 20, 2022 INSTALLATION OF GPS PING ON TELEPHONE (754) 551-1882

13.     Based on evidence outlined above, investigators applied for, and were granted a search warrant authorizing the gathering of prospective geographic location information from the service provider for cellular telephone (754) 551-1882. This phone number was previously utilized to contact the DEA UC to arrange narcotics transactions. The warrant was signed by the Honorable Judge Daniel Casey, in the Seventeenth Judicial District for the State of Florida.

## JANUARY 30, 2022 ARREST OF CANTE AND SEIZURE OF APPROXIMATELY ONE KILOGRAM OF COCAINE

14. On or about January 30, 2022, investigators observed the cellular phone previously utilized by CANTE travel from Broward County, Florida to Orlando, Florida. The phone appeared to remain in the Orlando, Florida area for approximately one hour, before departing and traveling southbound.

15. At approximately 9:00 am on January 30, 2022, investigators from the DEA, Margate PD and Broward County Drug Task Force ("BCDTF") established surveillance along the Florida Turnpike, the route the cellular phone appeared to be traveling back to Broward County, Florida.

16. At approximately 10:30 am, investigators observed a white Chevrolet Silverado, bearing Florida tag GNXJ28, traveling southbound on the Florida turnpike. CANTE had utilized this vehicle on January 5, 2022, to deliver cocaine to the UC. Surveillance was initiated on the vehicle.

17. Shortly after, BCDTF Det. Rocco Inneo observed the vehicle commit a traffic infraction. Det. Inneo initiated a traffic stop in a marked Broward Sherriff's Office vehicle, utilizing overhead lights and sirens. The vehicle came to rest in the 3700 block of Coconut Creek Parkway, within the City of Pompano Beach, Florida. Det. Inneo made contact with the driver of the vehicle and the front seat passenger, CANTE.

18. Within moments, BCDTF Det. Dustin Thompson arrived to the stop. Det. Thompson conducted an open-air sniff of the vehicle utilizing his K9 partner. Det. Thompson advised that his K9 alerted to the presence of the odor of narcotics from within the vehicle. Inside

5

of the vehicle, Det. Thompson advised his K9 partner alerted to a black purse, located on the passenger side floorboard of the vehicle.

19. A search of the black purse revealed a consular identification card belonging to CANTE. Also located in the purse was a white grocery bag. Within the white grocery bag, wrapped in tinfoil and contained within a gallon sized Ziploc bag, was a white powdery substance pressed into a brick shape. The substance was field-tested using a Sirchie Nark ID wipe, and field-tested positive for the presence of cocaine. The suspect cocaine would later be found to have a weight of one thousand grams, or one kilogram. The white powdery substance was submitted to the DEA Laboratory for confirmation, but your Affiant has not yet received the results.

20. After being advised of and waiving her <u>Miranda</u> rights, CANTE informed investigators that she was driven to Orlando in the white Chevrolet Silverado to purchase the kilogram of cocaine from a person known to CANTE as "Amigo." CANTE admitted to paying $25,000 for the kilogram of cocaine.

[Rest of page intentionally blank.]

## CONCLUSION

21.     Based upon the facts set forth above, I respectfully submit that there is probable cause to believe that Catalina Rivera CANTE violated United States Code, Section 841(a)(1) (possession with intent to distribute a controlled substance).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

_____
JOSEPH KRISSEL, TASK FORCE OFFICER
DRUG ENFORCEMENT ADMINISTRATION

Sworn to and subscribed before me telephonically this 24 day of February, 2022.

_____
HON. LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

7

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-6081-SNOW

UNITED STATES OF AMERICA

vs.

CATALINA RIVERA CANTE,

Defendant.
_____/

FILED BY_____D.C.

FEB 2 4 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? ___Yes  X No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? ___Yes  X No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? ___Yes  X No

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By: _____
BRIAN DOBBINS
ASSISTANT UNITED STATES ATTORNEY
Court ID No. A5501182
99 NE 4th Street
Miami, Florida 33132
TEL (305) 961-9304
FAX (305) 536-4676
Brian.Dobbins@usdoj.gov